IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02092-CMA-CBS

MARGARET MARTINEZ, et al,

      Plaintiffs,

v.

NASH FINCH COMPANY,
d/b/a Avanza Supermarket,

      Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Pursuant to 28 U.S.C. § 455 it is ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  August 15, 2011

                                        BY THE COURT:

                                        s/Christine M. Arguello
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge