IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02092-MSK-CBS

MARGARET MARTINEZ;
MARIA ELENA CASTONON;
JORGE DOMINGUEZ RAMIREZ;
CAROLINA CRUZ;
MARIA BERENICE CRUZ RAMOS;
ROSA BAUTISTA;
PEDRO ROMAN;
TEODORO RUEDA;
MARTHA GARCIA;
ADELIA VALDEZ;
GENOVEVA RODRIGUEZ;
MARIA DURAN;
REFUGIO DE LA CRUZ;
JUAN RODRIGUEZ;
EVA DE LA CRUZ;
BARBARA JOJOLA;
LETICIA SILVA;
RAFAEL CASTANEDA;
MARIA CHAVEZ EGUIA;
JUANA MARTINEZ;
ALFREDO LEDEZMA;
JOSE ESPITIA, JR.;
RAYMOND VALDEZ;
JORGE TERRAZA MONTOYA;
MARICA LARIZ;
PRUDENCIA DE LA ROSA;
MARIA NIEBLAS;
JOSE ARRENDONDO;
MARIA VALASQUEZ;
CARMEN BERMUDEZ;
PATRICIA CASTANEDA;
JOSE JUAN RAMIREZ;
MARIA TRINIDAD OSORIO;
TINA MONTEZ;
DORA LIZ CRUZ;
MAYRA CARMONA;
LETICIA JIMINEZ;
MAURICIO CACCIA;
RITA ORALIA SIERRO;
LORENZO POSADA;

MARIA MONTOYA;  
MARISELA SAYAGO;  
MIGUEL TOLEDO;  
ROCIO AGUILERA;  
MARIA RAMIREZ;  
OSCAR PEREZ;  
JUVENAL TORRES;  
CONSUELO TORRES;  
HILDA CORDIAL;  
NANCY CRUZ RAMOS;  
ESPERANZA RAMOS PADILLA;  
TANIA ANDRADE REYES;  
HERIBERTO MARTINEZ;  
CYNTHIA MARTINEZ;  
TANIA MARTINEZ;  
SERGIO SOSA, JR.;  
FELIPE CERVANTES;  
SUSANA ORELLANA;  
IRMA SKINNER;  
LUIS GARCIA;  
ROSA BOTELLO;  
MARIA DEL CARMEN CONTRERAS;  
GLORIA FERNANDEZ;  
JAVIER HERNANDEZ;  
LIDIA JAIME CARDENA;  
MARIA DEL CARMEN SALAZAR;  
ESMERALDA OSEGUERA MARTINEZ;  
REYNA MORALES;  
ANA MELGAR;  
GUSTAVO JACO;  
MARIA DE JACO;  
MARIO MOLINA;  
MARCO CHAVEZ;  
YANIRA JACO;  
ANGEL BANUELOS;  
CESAR YANEZ;  
MARISELA ROMERO;  
CLAUDIA JAVIER;  
MAGDALENA GARCIA;  
ROSAURA L DE MERAZ;  
JUAN CARLOS ARRENDONDO;  
RAMON HOLGUIN; and  
JOSE LUIS SANCHEZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

NASH FINCH COMPANY, d/b/a Avanza Supermarket,

        Defendant.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

        IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

        DATED this 10th day of November, 2011.

        **BY THE COURT:**

_Marcia S. Krieger_

    Marcia S. Krieger
    United States District Judge