IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 11-cv-02092-MSK-CBS

MARGARET MARTINEZ;
MARIA ELENA CASTONON;
JORGE DOMINGUEZ RAMIREZ;
CAROLINA CRUZ;
MARIA BERENICE CRUZ RAMOS;
ROSA BAUTISTA;
PEDRO ROMAN;
TEODORO RUEDA;
MARTHA GARCIA;
ADELIA VALDEZ;
GENOVEVA RODRIGUEZ;
MARIA DURAN;
REFUGIO DE LA CRUZ;
JUAN RODRIGUEZ;
EVA DE LA CRUZ;
BARBARA JOJOLA;
LETICIA SILVA;
RAFAEL CASTANEDA;
MARIA CHAVEZ EGUIA;
JUANA MARTINEZ;
ALFREDO LEDEZMA;
JOSE ESPITIA, JR.;
RAYMOND VALDEZ;
JORGE TERRAZA MONTOYA;
MARICA LARIZ;
PRUDENCIA DE LA ROSA;
MARIA NIEBLAS;
JOSE ARRENDONDO;
MARIA VALASQUEZ;
CARMEN BERMUDEZ;
PATRICIA CASTANEDA;
JOSE JUAN RAMIREZ;
MARIA TRINIDAD OSORIO;
TINA MONTEZ;
DORA LIZ CRUZ;
MAYRA CARMONA;
LETICIA JIMINEZ;
MAURICIO CACCIA;
RITA ORALIA SIERRO;

LORENZO POSADA;
MARIA MONTOYA;
MARISELA SAYAGO;
MIGUEL TOLEDO;
ROCIO AGUILERA;
MARIA RAMIREZ;
OSCAR PEREZ;
JUVENAL TORRES;
CONSUELO TORRES;
HILDA CORDIAL;
NANCY CRUZ RAMOS;
ESPERANZA RAMOS PADILLA;
TANIA ANDRADE REYES;
HERIBERTO MARTINEZ;
CYNTHIA MARTINEZ;
TANIA MARTINEZ;
SERGIO SOSA, JR.;
FELIPE CERVANTES;
SUSANA ORELLANA;
IRMA SKINNER;
LUIS GARCIA;
ROSA BOTELLO;
MARIA DEL CARMEN CONTRERAS;
GLORIA FERNANDEZ;
JAVIER HERNANDEZ;
LIDIA JAIME CARDENA;
MARIA DEL CARMEN SALAZAR;
ESMERALDA OSEGUERA MARTINEZ;
REYNA MORALES;
ANA MELGAR;
GUSTAVO JACO;
MARIA DE JACO;
MARIO MOLINA;
MARCO CHAVEZ;
YANIRA JACO;
ANGEL BANUELOS;
CESAR YANEZ;
MARISELA ROMERO;
CLAUDIA JAVIER;
MAGDALENA GARCIA;
ROSAURA L DE MERAZ;
JUAN CARLOS ARRENDONDO;
RAMON HOLGUIN; and

JOSE LUIS SANCHEZ, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NASH FINCH COMPANY, d/b/a Avanza Supermarket,

    Defendant.

## ORDER OF RECUSAL

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Notice of Removal on August 10, 2011 (doc. #1). Pursuant to the Order of Reference dated November 10, 2011, (doc. # 18), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." Given the named parties in this case, questions about my impartiality might be reasonably raised. Accordingly, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, this 15th day of November, 2011.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge