IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02092-MSK-KLM

MARGARET MARTINEZ, et al.,

    Plaintiffs,

v.

NASH FINCH COMPANY, d/b/a Avanza Supermarket,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion and [Proposed] Order to Extend the Discovery Cut-off** [Docket No. 78; Filed October 26, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#78] is **GRANTED**. The Discovery Deadline is extended to **December 14, 2012** for the sole purpose of completing outstanding depositions.

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Dispositive Motions Deadline is extended to **January 14, 2013**.

    Dated: October 30, 2012