IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-02092-MSK-KLM

MARGARET MARTINEZ;
MARIA ELENA CASTONON;
JORGE DOMINGUEZ RAMIREZ;
MARIA BERENICE CRUZ RAMOS;
ROSA BAUTISTA;
PEDRO ROMAN;
TEODORO RUEDA;
MARTHA GARCIA;
GENOVEVA RODRIGUEZ;
MARIA DURAN;
REFUGIO DE LA CRUZ;
JUAN RODRIGUEZ;
EVA DE LA CRUZ;
BARBARA JOJOLA;
LETICIA SILVA;
MARIA CHAVEZ EGUIA;
ALFREDO LEDEZMA;
JORGE TERRAZA MONTOYA;
MARIA NIEBLAS;
JOSE ARRENDONDO;
MARIA VALASQUEZ;
CARMEN BERMUDEZ;
PATRICIA CASTANEDA;
MARIA TRINIDAD OSORIO;
TINA MONTEZ;
DORA LIZ CRUZ;
MAYRA CARMONA;
LETICIA JIMINEZ;
MAURICIO CACCIA;
RITA ORALIA SIERRO;
LORENZO POSADA;
MARIA MONTOYA;
ROCIO AGUILERA;
MARIA RAMIREZ;
OSCAR PEREZ;
JUVENAL TORRES;
CONSUELO TORRES;
HILDA CORDIAL;
NANCY CRUZ RAMOS;

ESPERANZA RAMOS PADILLA;
TANIA ANDRADE REYES;
HERIBERTO MARTINEZ;
CYNTHIA MARTINEZ;
TANIA MARTINEZ;
SERGIO SOSA, JR.;
FELIPE CERVANTES;
SUSANA ORELLANA;
LUIS GARCIA;
ROSA BOTELLO;
MARIA DEL CARMEN CONTRERAS;
GLORIA FERNANDEZ;
JAVIER HERNANDEZ;
LIDIA JAIME CARDENA;
ESMERALDA OSEGUERA MARTINEZ;
REYNA MORALES;
GUSTAVO JACO;
MARIO MOLINA;
MARCO CHAVEZ;
YANIRA JACO;
ANGEL BANUELOS;
CESAR YANEZ; and
MAGDALENA GARCIA,

       Plaintiffs,

v.

NASH FINCH COMPANY, d/b/a Avanza Supermarket,

       Defendant.

## JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 26, 2013 **(Doc. #133)**, Granting in its entirety Defendant's Motion for Summary Judgment (**Doc. #109**), with the exception of the CCPA claims and fraud claims asserted by Plaintiffs Alfredo Ledezma, Maurico Caccia, Maria Nieblas, Pedro Medina, and Refugio de la Cruz. it is

ORDERED that judgment is entered in favor of the defendant Nash Finch Company on

all claims asserted by the other 57 named Plaintiffs, and on all civil theft claims.

Dated this 26th day September, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Nel Steffens
Deputy Clerk